IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AUSIMONT INDUSTRIES, INC.; BASF CORP.; BOSTON | ) |
| AND MAINE CORP., BROWNING-FERRIS INDUSTRIES, INC. | ) |
| (MASSACHUSETTS); ALLIED WASTE SYSTEMS, INC.; BFI | ) |
| WASTE SYSTEMS OF NORTH AMERICA, LLC; BTU | ) |
| INTERNATIONAL, INC.; E.I. DUPONT DE NEMOURS AND | ) CIVIL ACTION NO. |
| CO.; HONEYWELL INTERNATIONAL, INC.; | ) |
| MALLINCKRODT, LLC; M/A-COM, INC.; RAYTHEON CO.; | ) |
| SEARS, ROEBUCK AND CO.;TEXTRON SYSTEMS CORP.; | ) |
| TOWN OF TEWKSBURY; VERIZON NEW ENGLAND, INC.; | ) |
| WASTE MANAGEMENT OF MASSACHUSETTS, INC.; | ) |
| WASTE MANAGEMENT DISPOSAL SERVICES OF | ) **NOTICE OF LODGING** |
| MASSACHUSETTS, INC.; WASTE MANAGEMENT OF NEW | ) **OF CONSENT DECREE** |
| HAMPSHIRE, INC.; ZENECA, INC.; EMHART INDUSTRIES, | ) |
| INC.; HOLT & BUGBEE CO.; NATIONAL GRID USA; | ) |
| LOCKHEED MARTIN CORP.; TEWKSBURY STATE | ) |
| HOSPITAL; THE GILLETTE CO.; 3M CO.; AMERICAN | ) |
| SCIENCE AND ENGINEERING, INC.; ANTON'S CLEANERS, | ) |
| INC.; CABOT CORP.; LEGGETT & PLATT, INC.; | ) |
| COMPUTERVISION LLC; FISONS CORP.; FC MEYER | ) |
| PACKAGING, LLC and MILLEN, INC.; SPX CORP.; | ) |
| GENERAL LATEX AND CHEMICAL CORP.; HEWLETT- | ) |
| PACKARD CO.; MAJILITE MANUFACTURING, INC.; | ) |
| MASSACHUSETTS BAY TRANSPORTATION AUTHORITY; | ) |
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY; | ) |
| SCHNEIDER AUTOMATION DIVISION OF SQUARE D CO.; | ) |
| NEW BALANCE ATHLETIC SHOE, INC.; PICONICS, INC.; | ) |
| ROCHE BROTHERS BARREL AND DRUM CO., INC.; THE | ) |
| SHERWIN-WILLIAMS CO.; TRW AUTOMOTIVE US LLC; | ) |
| TUTOR PERINI CORP.;VISHAY INTERTECHNOLOGY, INC.; | ) |
| AND W.R. GRACE & CO. | ) |
| | ) |
| Defendants. | ) |

_____

Plaintiff, the United States of America, notifies the Court and the parties that at the same time it is filing its Complaint in this action, pursuant to Sections 106 and 107(a) of the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. §§ 9606 and 9607(a), regarding the Sutton Brook Disposal Area Superfund Site ("Site") in Tewksbury, Massachusetts, it is lodging a consent decree that would fully resolve the violations alleged in the Complaint. A copy of the Consent Decree executed by all of the parties is attached as Exhibit 1 to this Notice of Lodging.

Additionally, in a related action with respect to the Site, the Commonwealth of Massachusetts, a co-plaintiff to the proposed Consent Decree, is also simultaneously filing today a Complaint. The proposed consent decree, attached as Exhibit 1, would also fully resolve the violations alleged in the related civil action by the Commonwealth of Massachusetts.

Pursuant to Department of Justice policy, the proposed Consent Decree must be subject to public comment before it is entered by the Court. Accordingly, the Court should refrain from entering the proposed Consent Decree at this time.

The United States will publish notice of the proposed Consent Decree in the Federal Register and solicit public comment for a period of thirty days. After receiving public comments, the United States will consider whether the comments disclose facts or considerations which indicate that the proposed Consent Decree is inappropriate, improper, or inadequate. If so, the United States will withdraw its consent to the proposed Consent Decree; if not, the United States will move the Court for entry of the proposed Consent Decree. Pursuant to the terms of the Consent Decree, the Commonwealth will likewise consider comments for ninety days following this thirty-day period. The United States and the Commonwealth will move for entry

- 2 -

of the Consent Decree as appropriate after the comment period expires.

Respectfully submitted,

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice


    /s/ Peter M. Flynn
PETER M. FLYNN
Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C.  20044-7611
Telephone: 202-514-4352
E-Mail: peter.flynn@usdoj.gov

CARMEN M. ORTIZ
United States Attorney
District of Massachusetts

GEORGE B. HENDERSON, II
Assistant U.S. Attorney
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
Telephone: (617) 748-3272
E-Mail: George.henderson2@usdoj.gov

OF COUNSEL:
SUSAN SCOTT
MAN CHAK NG
Enforcement Counsel
U.S. EPA, Region 1
One Congress Street, Boston, MA 02114

MARK BARASH
Office of the Regional Solicitor
U.S. DOI
1 Gateway Center, Suite 612
Newton, MA 02458-2881

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of December 2009, a copy of the foregoing Notice of

Lodging of Consent Decree, with the proposed executed Consent Decree attached hereto as

Exhibit 1 and other Exhibits 2-12, was filed electronically, and served by first-class mail,

postage prepaid to all Settling Defendants through their designated agents listed below.  Parties

may access this filing electronically through the Court's CM/ECF system.


  /s/ Peter M. Flynn
PETER M. FLYNN
Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C.  20044-7611
Telephone: 202-514-4352
E-Mail: peter.flynn@usdoj.gov


| | |
|---|---|
| Donald J. Camerson, II, Esq.<br>c/o 3M Company<br>Bressler, Amery & Ross, P.C.<br>325 Columbia Turnpike<br>Florham Park, NJ 07932 | Gerard A. Caron<br>c/o Cabot Corporation<br>Two Seaport Lane, Suite 1300<br>Boston, MA 02210 |
| CT Corporation System<br>c/o Allied Waste Systems, Inc.<br>155 Federal Street, Suite 700<br>Boston, MA 02110 | Corporation Trust Company<br>c/o Computervision LLC<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Patricia A. Gray<br>c/o American Science and Engineering, Inc.<br>829 Middlesex Turnpike<br>Billerica, MA 01821 | Patricia McGee<br>c/o E. I. Du Pont Nemours and Company<br>1007 Market Street<br>Wilmington, DE 19898 |

| | |
|---|---|
| Franklin G. Stearns, Esq.<br>c/o Anton's Cleaners, Inc.<br>K&L Gates, LLP<br>One Lincoln Street<br>Boston, MA 02111-2950 | Laura Ford Brust<br>c/o Emhart Industries, Inc.<br>Sullivan & Worcester LLP<br>1666 K Street, NW<br>Washington, DC 20006 |
| Mitchell Gertz<br>c/o Solvay Solexis, Inc.<br>(Ausimont Industries, Inc.)<br>10 Leonard Lane<br>West Deptford, NJ 08086 | Kenneth B. Schulman<br>c/o FC Meyer Packaging, LLC<br>108 Main Street<br>Norwalk CT 06851 |
| Nan Bernardo<br>c/o BASF Corporation<br>100 Campus Drive<br>Flouham Park, NJ 07932 | Corporation Service Company<br>c/o Fisons Corporation<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808 |
| CT Corporation System<br>c/o BFI Waste Systems of North America,<br>LLC<br>155 Federal Street, Suite 700<br>Boston, MA 02110 | CT Corporation System<br>c/o General Latex and Chemical Corp.<br>155 Federal Street<br>Boston, MA 02110 |
| Robert B. Burns, Esq.<br>c/o Boston & Maine Corp.<br>1700 Iron Horse Park<br>No. Billerica, MA 01862 | Jennifer Morris<br>c/o Hewlett Packard Company<br>3000 Hanover Street - MS-1050<br>Palo Alto, California 94304 |
| CT Corporation System<br>c/o Browning-Ferris Industries, Inc.<br>155 Federal Street, Suite 700<br>Boston, MA 02110 | David P. Rosenblat<br>c/o Holt and Bugbee Company<br>Burns & Levinson LLP<br>125 Summer Street<br>Boston, MA 02110 |
| Colburn T. Cherney<br>c/o BTU International, Inc.<br>Ropes & Gray, LLP<br>700 12th Street, NW., Suite 900<br>Washington, DC 20005 | Kerri Stelcen<br>c/o Honeywell International Inc.<br>555 Twelfth Street, NW<br>Washington, DC 20004 |
| Ernest Jett<br>c/o Leggett & Platt, Inc.<br>1 Leggett Road<br>Carthage, MO 64836 | Corporation Service Company<br>c/o Lockheed Martin Corp.<br>84 State Street<br>Boston, MA 02109 |

| | |
|---|---|
| Bonnie A. Barnett<br>c/o M/A-COM, Inc.<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA 19103 | Frank C. DeGuire, Jr.<br>C/o Majilite Manufacturing, Inc.<br>100 E. Wisconsin Ave., Suite 2750<br>Milwaukee, WI 53202 |
| Patricia H. Duft<br>c/o Mallinckrodt LLC<br>Mallinckrodt LLC d/b/a Covidien<br>675 McDonnell Blvd.<br>Hazelwood, MO 63042 | Gerald K. Kelley<br>c/o Massachusetts Bay Transportation Authority<br>Massachusetts Bay Transportation Authority<br>Ten Park Plaza, Legal Dept., 7th Floor<br>Boston, MA 02116-3974 |
| Jaren D. Wilcoxson, Esq.<br>C/o Massachusetts Institute of Technology<br>77 Massachusetts Ave.<br>Building 10-370<br>Cambridge, MA 02139-3407 | Steven A. Schulman<br>c/o Millen Inc.<br>108 Main Street<br>Norwalk, CT 06851 |
| Kevin G. Collimore<br>c/o Millen Industries, Inc.<br>10 East Perl Street<br>Nashua, NH 03060 | Robert C. Kirsch<br>c/o National Grid USA<br>60 State Street<br>Boston, MA 02109 |
| Christopher P. Davis<br>c/o New Balance Athletic Shoe, Inc.<br>Goodwin Proctor LLP<br>Exchange Place<br>Boston, MA 02109 | Daniel B. Merrill<br>Jamy B. Gadeja, Esq.<br>C/o Piconics, Inc.<br>Buchanan & Associates<br>33 Mt. Vernon Street<br>Boston, MA 02108 |
| Jeffrey B. Axelrod<br>c/o Raytheon Company<br>870 Winter Street<br>Waltham, MA 02451 | Francis M. Lynch<br>c/o Roche Brothers Barrel & Drum Co., Inc.<br>Keegan Werlin LLP<br>265 Franklin Street<br>Boston, MA 02110 |
| Bonnie Allyn Barnett<br>c/o Schneider Automation<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA 19103 | Law Department - Sears<br>c/o Sears, Roebuck and Co.<br>3333 Beverly Road<br>Hoffman Estates, IL 60179 |
| Daniel McGrade<br>c/o SPX Corporation<br>SPX Corp.<br>13515 Ballantyne Corporate Place<br>Charlotte, NC 28277 | James Ballin<br>c/o Tewksbury State Hospital<br>Office of the General Counsel<br>250 Washington Street<br>Boston, MA 02108 |

| | |
|---|---|
| Jamieson Schiff<br>c/o Textron Systems Corporation<br>40 Westminster Street<br>Providence, RI 02903 | Jamieson Schiff<br>c/o AVCO Corporation<br>40 Westminster Street<br>Providence, RI 02903 |
| Margaret W. Dewan<br>c/o The Gillette Company<br>299 East 6th Street, 9th Floor<br>Cincinnati, OH 45202 | Allen J. Danzig<br>c/o The Sherwin-Williams Company<br>The Sherwin-Williams Company<br>101 Prospect Avenue, NW<br>Cleveland, OH 44115-1075 |
| Matthew Donahue<br>c/o Town of Tewksbury<br>Eno, Bouley, Martin & Donahue<br>21 George Street, 3rd Floor<br>Lowell, MA 01852 | Scott D. Blackhurst<br>c/o TRW Automotive U.S. LLC<br>12001 Tech Center Drive<br>Livonia, MI 48154 |
| CT Corporation<br>c/o TutorPerini Corporation<br>155 Federal Street, Suite 700<br>Boston, MA 02110 | Adam P. Kahn<br>c/o Verizon New England, Inc.<br>Foley Hoag LLP<br>155 Seaport Blvd.<br>Boston, MA 02210 |
| Jean McCreary, Esq.<br>c/o Vishay Intertechnology, Inc.<br>Nixon Peabody, LLP<br>1100 Clinton Square<br>Rochester, NY 14604 | The Prentice-Hall Corporation System, Inc.<br>c/o W. R. Grace & Co.<br>2711 Centerville Road, Suite #400<br>Wilmington, DE 19808 |
| Roy P. Giarrusso<br>c/o Waste Management Disposal Services of<br>    Massachusetts, Inc.<br>Giarrusso Norton Cooley & McGlone, PC<br>Marina Bay<br>308 Victory Road<br>Quincy, MA 02171 | Roy P. Giarrusso<br>c/o Waste Management of Massachusetts,<br>Inc.<br>Giarrusso Norton Cooley & McGlone, PC<br>Marina Bay<br>308 Victory Road<br>Quincy, MA 02171 |
| John A. Andreasen<br>c/o Zeneca, Inc.<br>McGrath North Mulling & Kratz, PC LLO<br>First National Tower<br>1601 Dodge Street, Suite 3700<br>Omaha, NE 68102 | |